**EXHIBIT A**
**JUDGE JAMES V. SELNA**
**SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Jury Trial Date Estimated Length: 5 days | 8:30 a.m. (Tuesdays) | | 8/14/18 | 8/14/18 | |
| Final Pretrial Conference: Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 7/30/18 | 7/30/18 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 7/23/18 | 7/23/18 | |
| Last day for hand-serving Motions in Limine | | -6 | 7/2/18 | 7/2/18 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 6/25/18 | 6/25/18 | |
| Last day for hand-serving motions and filing (other than Motions in Limine) | | -11 | 4/16/18 | 5/28/18 | |
| Non-expert Discovery cut-off | | -15 | 1/29/18 | 4/30/18 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE
L.R. 16-14 Settlement Choice: (3) Private ADR

| Matter | | | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Expert Discovery Cut-off | | | 4/16/18 | 4/30/18 | |
| Rebuttal Expert Witness Disclosure | | | 3/5/18 | 3/19/18 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 2/5/18 | 2/12/18 | |
| Last day to conduct Settlement Conference | | | ▓▓▓ | ▓▓▓ | |
| Last day to amend pleadings or add parties | | | ▓▓▓ | ▓▓▓ | |

RUSS, AUGUST & KABAT

EXHIBIT A TO JOINT 26(f) REPORT