Scott R. Brown (CA Bar No. 151635)
srb@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Blvd., Suite 1000
84 Corporate Woods
Overland Park, KS 66210
Telephone:  (913) 647-9050
Facsimile:  (913) 647-9057

Attorneys for Defendants
DATALOCKER INC. and DATA LOCKER INTERNATIONAL, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 8:16-cv-01790-JVS-AGR <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

   Scott R. Brown of the law firm of Hovey Williams LLP hereby moves for his withdrawal as counsel for Defendants DataLocker Inc. and Data Locker International, LLC ("Data Locker") in this proceeding. Douglas W. Robinson of the law firm of Shook, Hardy & Bacon L.L.P. will continue to represent Data Locker in this proceeding.

2

DATED: February 7, 2017      HOVEY WILLIAMS LLP


By:   /s/ Scott R. Brown
HOVEY WILLIAMS LLP
Scott R. Brown (CA Bar No. 151635)
srb@hoveywilliams.com
10801 Mastin Blvd., Suite 1000
84 Corporate Woods
Overland Park, KS 66210
Telephone:  (913) 647-9050
Facsimile:  (913) 647-9057

Attorneys for Defendants
DATALOCKER INC. and DATA
LOCKER INTERNATIONAL, LLC