**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKE INC., DATA LOCKER INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 8:16-CV-01790-JVS-AGR <br><br> **JOINT STIPULATION EXTENDING DEADLINE FOR SPEX TECHNOLOGIES, INC. TO MOVE TO DISMISS AMENDED COUNTERCLAIMS** |

**JOINT STIPULATION TO MODIFY DEADLINE FOR MOTION TO DISMISS**

Plaintiff SPEX Technologies, Inc. ("SPEX" or "Plaintiff") and Defendants Kingston Technology Corporation, Kingston Digital, Inc. and Kingston Technology Company, Inc. (collectively "Kingston"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 25, 2019, pursuant to leave of Court, Kingston filed a First Amended Answer, Affirmative Defenses, and Counterclaims (Dkt. No. 78);

WHEREAS, SPEX intends to file a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as to the Affirmative Defense of Patent Misuse in the Amended Answer and each of the Counterclaims;

WHEREAS, pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure SPEX's response to the Amended Answer must be filed on or before October 9, 2019;

WHEREAS, pursuant to Rule 12(1)(B) of the Federal Rules of Civil Procedure SPEX's response to the Counterclaims must be filed on or before October 16, 2019;

WHEREAS, the parties believe that it will be more efficient if SPEX responds to both the Amended Answer and the Counterclaims in a single motion;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER that the deadline for SPEX to respond to Kingston's Amended Answer be extended to October 16, 2019.

Dated:  October 2, 2019            Respectfully submitted,

**RUSS AUGUST & KABAT**

By:  /s/ Paul A. Kroeger
        Paul A. Kroeger

Marc A. Fenster, SBN 181067
Benjamin T. Wang, SBN 228712

1
**JOINT STIPULATION TO MODIFY DEADLINE FOR MOTION TO DISMISS**

Andrew D. Weiss, SBN 232974
Paul A. Kroeger, SBN 229074
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel: (310) 826-7474
Fax: (310) 826-6991
Email: mfenster@raklaw.com
Email: bwang@raklaw.com
Email: aweiss@raklaw.com
Email: pkroeger@raklaw.com

*Attorneys for Plaintiff*
SPEX Technologies, Inc.

Dated: October 2, 2019

David M. Hoffman
Joanna M. Fuller
FISH & RICHARDSON P.C.
Victoria Hao
LAW OFFICE OF VICTORIA HAO

*/s/ Joanna M. Fuller*
Joanna M. Fuller

*Attorneys for Defendants* KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., and KINGSTON TECHNOLOGY COMPANY, INC.

RUSS, AUGUST & KABAT

2

**JOINT STIPULATION TO MODIFY DEADLINE FOR MOTION TO DISMISS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 2, 2019. As such, this document was served on all counsel who have consented to electronic service.

/s/ Paul A. Kroeger
Paul A. Kroeger

RUSS, AUGUST & KABAT

3
**JOINT STIPULATION TO MODIFY DEADLINE FOR MOTION TO DISMISS**