1  *[Counsel listed on signature block.]*

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11  SPEX TECHNOLOGIES, INC.,          | Case No. 8:16-CV-01790-JVS-AGR

12          Plaintiff,                | **JOINT STIPULATION TO EXTEND CERTAIN DEADLINES**

13      v.

14                                    | [Proposed Order Filed Concurrently Herewith]

15  KINGSTON TECHNOLOGY
    CORPORATION, KINGSTON           | HONORABLE JUDGE JAMES SELNA

16  DIGITAL, INC., KINGSTON
    TECHNOLOGY COMPANY, INC.,

17  IMATION CORPORATION,
    DATALOCKER INC., DATA LOCKER

18  INTERNATIONAL, LLC,

19

20          Defendants.

21

22

23

24

25

26

27

28

Plaintiff SPEX Technologies, Inc. ("SPEX" or "Plaintiff") and Defendants Kingston Technology Corporation, Kingston Digital, Inc. and Kingston Technology Company, Inc. (collectively "Kingston"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 1, 2019, the Court entered a scheduling order including the following deadlines (Doc. No. 168):

|  | Current Deadline (*see* Doc. No. 168) |
|---|---|
| Initial disclosure of Experts not later than ... | January 6, 2020 |
| Rebuttal disclosure of Experts not later than ... | January 27, 2020 |
| Discovery Cut-off | February 3, 2020 |
| Expert Discovery Cut-off | February 3, 2020 |
| Motions to be filed and served not later than ... | February 10, 2020 |
| Law and Motion Cut-Off | March 16, 2020 at 1:30 p.m. |
| File motions in limine not later than ... | March 16, 2020 |
| File PreTrial Documents not later than ... | April 6, 2020 |
| Final PreTrial Conference | April 13, 2020 at 11:00 a.m. |
| Jury Trial | April 28, 2020 at 8:30 a.m. |

WHEREAS, to address the Court's December 23, 2019 Order Regarding Motion to Dismiss (Doc. No. 195), to minimize burden on the parties and the Court, and due to preexisting scheduling conflicts, the parties have agreed to extend certain discovery deadlines and the deadline to file motions;

WHEREAS, the parties represent that good cause exists to extend these deadlines to minimize wasted resources and to address scheduling conflicts; and

1

NOW THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT the deadlines be amended as follows:

| | Current Deadline (*see* Doc. No. 168) | Proposed New Date |
|---|---|---|
| Initial disclosure of Experts not later than ... | January 6, 2020 | January 20, 2020 |
| Rebuttal disclosure of Experts not later than ... | January 27, 2020 | February 10, 2020 |
| Discovery Cut-off | February 3, 2020 | No change. |
| Expert Discovery Cut-off | February 3, 2020 | February 18, 2020 |
| Motions to be filed and served not later than ... | February 10, 2020 | February 24, 2020 |
| Law and Motion Cut-Off | March 16, 2020 at 1:30 p.m. | March 30, 2020 at 1:30 p.m. |
| File motions in limine not later than ... | March 16, 2020 | March 30, 2020 |
| File PreTrial Documents not later than ... | April 6, 2020 | April 20, 2020 |
| Final PreTrial Conference | April 13, 2020 at 11:00 a.m. | April 27, 2020 at 11:00 a.m. |
| Jury Trial | April 28, 2020 at 8:30 a.m. | May 11, 2020 at 8:30 a.m. |

1

2    Dated: January 6, 2020

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

FISH & RICHARDSON P.C.

By:   /s/ Joanna M. Fuller
      David M. Hoffman (*pro hac vice*)
      hoffman@fr.com
      David Morris (*pro hac vice*)
      dmorris@fr.com
      One Congress Plaza
      111 Congress Ave., Suite 810
      Austin, TX 78701
      Tel: 512-472-5070/Fax: 512-320-8935

      Joanna M. Fuller (SBN 266406)
      jfuller@fr.com
      633 W. 5th Street, 26th Floor
      Los Angeles, CA 90071
      Tel: 213-533-4240/Fax: 858-678-5099

      Oliver J. Richards (SBN 310972)
      orichards@fr.com
      12390 El Camino Real
      San Diego, CA 92130
      Tel: 858-678-4715/Fax: 858-678-5099

LAW OFFICE OF S.J. CHRISTINE YANG

      Christine Yang (SBN 102048)
      chrisyang@sjclawpc.com
      Victoria Hao (*pro hac vice*)
      vhao@sjclawpc.com
      17220 Newhope Street, Suite 101-102
      Fountain Valley, CA 92708
      Tel.: 714-641-4022/Fax: 714-641-2082

***Attorneys for Defendants***
Kingston Technology Corporation, Kingston
Digital, Inc., and Kingston Technology
Company, Inc.

3          JOINT STIPULATION TO EXTEND
                    CERTAIN DEADLINES
                    8:16-cv-01790-JVS-AGR

Dated: January 6, 2020

RUSS AUGUST & KABAT

By:  */s/ Paul A. Kroeger*
      Marc A. Fenster (SBN 181067)
      Benjamin T. Wang (SBN 228712)
      Andrew D. Weiss (SBN 232974)
      Paul A. Kroeger (SBN 229074)
      12424 Wilshire Blvd., 12th Floor
      Los Angeles, CA 90025
      Tel: 310-979-8263/Fax: 310-826-6991
      Email:  mfenster@raklaw.com
      Email:  bwang@raklaw.com
      Email:  aweiss@raklaw.com
      Email:  pkroeger@raklaw.com

***Attorneys for Plaintiff***
SPEX Technologies, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 6, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Joanna M. Fuller*
Joanna M. Fuller
jfuller@fr.com

***Attorney for Defendants***
Kingston Technology Corporation,
Kingston Digital, Inc., and
Kingston Technology Company, Inc.