RUSS AUGUST & KABAT
Marc A. Fenster (SBN 181067)
*mfenster@raklaw.com*
Benjamin T. Wang (SBN 228712)
*bwang@raklaw.com*
Andrew D. Weiss (SBN 232974)
*aweiss@raklaw.com*
Paul A. Kroeger (SBN 229074)
*pkroeger@raklaw.com*
Jacob R. Buczko (SBN 269408)
*jbuczko@raklaw.com*
Justin E. Maio (SBN 304428)
*jmaio@raklaw.com*
12424 Wilshire Boulevard, 12FL
Los Angeles, California 90025
310/826-7474 – Telephone
310/826-6991 – Facsimile

*Attorneys for Plaintiff*
SPEX TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEX TECHNOLOGIES, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER, INC., DATA LOCKER INTERNATIONAL, LLC,<br><br>*Defendants*. | Case No. 8:16-cv-01790-JVS-AGR<br><br>**DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFF SPEX TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY**<br><br>Date:   April 6, 2020<br>Time:  1:30 p.m.<br>Ctrm:  10C<br>Judge: Hon. James V. Selna |

I, Andrew D. Weiss, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ, August & Kabat, counsel of record for Plaintiff SPEX Technologies, Inc. in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Expert Report of John Villasenor, dated March 23, 2018.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition of William Bialick, taken on February 20, 2018.

4. Attached as Exhibit 3 is a true and correct copy of a document bearing Bates number SPEX00001744.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Russell D. Housley, taken on February 26, 2018.

6. Attached as Exhibit 5 is a true and correct copy of the Expert Report of John Villasenor, dated January 20, 2020.

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition of John Villasenor, Ph.D., taken on March 9, 2020.

8. Attached as Exhibit 7 is a true and correct copy of a document bearing Bates number SPEX00008838.

9. Attached as Exhibit 8 is a true and correct copy of Defendants' Joint Invalidity Contentions, served on March 30, 2017.

10. Attached as Exhibit 9 is a true and correct copy of a document bearing Bates number SPEX00008870.

11. Attached as Exhibit 10 is a true and correct copy of a document bearing Bates number SPEX00008792.

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the deposition of Thomas Hakel, taken on December 19, 2019.

1   I declare under penalty of perjury pursuant to the laws of the United States
2   that the foregoing is true and correct.
3   Executed this 13th day of March, 2020 at Lititz, Pennsylvania.

By: */s/ Andrew D. Weiss*
Andrew D. Weiss

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on March 13, 2020. As such, this document was served on all counsel who have consented to electronic service.

Dated: March 13, 2020                    */s/ Andrew D. Weiss*
                                         Andrew D. Weiss