UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SPEX TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC., KINGSTON TECHNOLOGY COMPANY, INC., IMATION CORPORATION, DATALOCKER INC., DATA LOCKER INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 8:16-cv-01790-JVS-AGR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS KINGSTON TECHNOLOGY CORPORATION, KINGSTON DIGITAL, INC. AND KINGSTON TECHNOLOGY COMPANY, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> **(PER L.R. 79-5.2.2(a)-(b))** <br><br> Judge:   Hon. James V. Selna |

Having considered Defendants Kingston Technology Corporation, Kingston Digital, Inc. and Kingston Technology Company, Inc.'s Application for Leave to File Under Seal, this Court **GRANTS** the application.

IT IS HEREBY ORDERED that the following materials remain under seal:

- In regard to the Declaration of Oliver J. Richards in Support of Kingston's Opposition to SPEX's Motion for Summary Judgment of No Invalidity:
    - Under 79-5.2.2(a) – Highlighted excerpts to **Exhibit 5**.
    - Under 79-5.2.2(b) – Highlighted excerpts to **Exhibits 1, 3, 4, 6, 9, 10, 11, 12, 13, 14, 15, and 16**.
- In regard to the Declaration of Oliver J. Richards in Support of Kingston's Opposition to SPEX's Motion for Summary Judgment Regarding Patent Misuse Claims:
    - Under 79-5.2.2(b) – Highlighted excerpts to **Exhibits 3, 14, and 15**.

**IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE