# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-1790 JVS (AGRx) | Date | April 29, 2020 |
| Title | SPEX Technologies Inc v. Kingston Technology Corporation et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Supplemental Briefing**

On April 28, 2020, Plaintiff SPEX Technologies, Inc. ("SPEX") and Defendants Kingston Technology Corporation, Kingston Digital, Inc., and Kingston Technology Company, Inc. (collectively, "Kingston") filed requests for oral argument, advancing various reasons why they believe a hearing on their motions for summary judgment is necessary. See Dkt. Nos. 336, 338.

The Court requests that Spex and Kingston each file a supplemental brief, not to exceed five pages, responding to the arguments in the other party's hearing request, by Thursday, May 7 at 5:00 p.m.

**IT IS SO ORDERED.**

: 0

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 16-1790 JVS (AGRx)                                Date   April 29, 2020

Title   SPEX Technologies Inc v. Kingston Technology Corporation et al

Initials of Preparer   lmb